IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STEVEN GUSMAN, | ) | CIVIL NO. 20-00314 JAO-KJM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING APPLICATION |
| | ) | TO PROCEED IN FORMA PAUPERIS |
| vs. | ) | |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff Steven Gusman's ("Plaintiff") Application to Proceed In Forma Pauperis ("IFP Application"), filed August 5, 2020. A court may authorize the commencement or prosecution of any suit without prepayment of fees by a person who submits an affidavit that the person is unable to pay such fees. *See* 28 U.S.C. § 1915(a)(1). "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (citing *Adkins v. E.I. Du Pont De Nemours & Co., Inc.*, 335 U.S. 331, 339 (1948)). Absolute destitution is not required to obtain benefits under the IFP statute, but "a plaintiff seeking IFP status must allege poverty 'with some particularity, definiteness and certainty.'" *Id.* (citation omitted).

In the present case, the Court finds that Plaintiff has sufficiently demonstrated entitlement to proceed in forma pauperis.  Plaintiff receives monthly military pension payments and food stamps benefits[1] totaling $281.76 and $300.00, respectively.  Although Plaintiff owns a 2004 Toyota Camry, for which he has not provided a value, he also represents that he has no other source of income and that he has a minimal balance[2] in his checking or savings account.  This information establishes that Plaintiff's annual income falls well below the poverty threshold for a one-person household in Hawai'i, which is currently $14,680.00.  Annual Update of the HHS Poverty Guidelines, 85 Fed. Reg. 3,060-01 (Jan. 17, 2020).  Because Plaintiff has made the requisite showing under § 1915 to proceed in forma pauperis, the Court HEREBY GRANTS his IFP Application.

IT IS SO ORDERED.

DATED:   Honolulu, Hawai'i, August 10, 2020.



Jill A. Otake
United States District Judge

CIVIL NO. 20-00314 JAO-KJM; *GUSMAN V. SAUL*; ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

---

[1] Plaintiff failed to include this under "Other Income."  Instead, he lists food as a $300 monthly expense with a "Food Stamps" qualifier.

[2] The amount is somewhat illegible but appears to be $50.